United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 23, 2003**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03 – 10494
SUMMARY CALENDAR

———————————————

MARIAH HILL SCOTT,

Plaintiff - Appellant

v.

DALLAS COUNTY HOSPITAL DISTRICT, individually and doing business as PARKLAND
HEALTH AND HOSPITAL SYSTEM,

Defendant - Appellee

—————————————————————————————————————————

On Appeal from the United States District Court for the
Northern District of Texas
(3:01-CV-02659)

—————————————————————————————————————————

Before REYNALDO G. GARZA, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM[1]

Plaintiff - Appellant, Mariah Hill Scott (hereinafter, "Scott") appeals the district court's

decision granting Defendant - Appellee's, Parkland Health and Hospital System (hereinafter,

"Parkland"), motion for summary judgment on Scott's claims pursuant to 29 U.S.C. § 206.

Scott contends that she established a prima facie case of gender discrimination under the

---

[1]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

-1-

Equal Pay Act and that Parkland failed to meet its burden of proof in establishing its affirmative defense of an objective merit pay system. Scott argues that Parkland's pay system included the subjective component of employee evaluations, and that summary judgment was, therefore, not warranted.

A review of the record, however, confirms that Parkland satisfied its burden, and that Scott failed to identify specific evidence demonstrating the existence of a genuine issue of fact for trial. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 (1986). For the foregoing reasons, we affirm the district court's decision.